UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

JASELIN ALINCY,

    Plaintiff,

vs.

SHORE DRIVE APARTMENTS, INC.
d/b/a CORAL RIDGE TOWERS EAST, and
DONNA GOLDSTEIN, individually,

    Defendants.
_____/

## COMPLAINT

COMES NOW, Plaintiff, JASELIN ALINCY, by and through his undersigned counsel, and sues the Defendant, SHORE DRIVE APARTMENTS, INC. d/b/a CORAL RIDGE TOWERS EAST ("TOWER") and DONNA GOLDSTEIN ("GOLDSTEIN"), individually, and alleges as follows:

## INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff under the Emergency Paid Sick Leave Act ("EPSLA") under the Families First Coronavirus Response Act ("FFCRA"), Public Law 116-127.

## JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the EPSLA and FFCRA, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendants.

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the EPSLA.

5. At all times material hereto, TOWER was a Florida Corporation doing business and services in this judicial district, was the former employer of the Plaintiff, and is an employer as defined by the FFCRA.

6. At all times material hereto, GOLDSTEIN was Executive Manager of TOWER, and acted directly in the interests of TOWER in relation to the Plaintiff, exercised the requisite legal control and otherwise administered the illegal acts as described herein on behalf of TOWER, and is an employer as defined by the FFCRA.

## STATEMENT OF FACTS

7. The Plaintiff was employed by TOWER since *1993*, and in late March of 2020, he tested positive for COVID-19.

8. Plaintiff informed management, specifically GOLDSTEIN, and that his doctor ordered him to not work.

9. Plaintiff did not work from April 1-29, 2020.

10. On or about April 29, 2020, when Plaintiff returned to TOWER, GOLDSTEIN told him she was planning on firing him and provided with him a letter terminating him.

11. However, realizing terminating him upon his return from a COVID-19 leave was illegal, and knowing there was no reason, Plaintiff had the termination rescinded, and instead was told that **any** infraction from here on out would be termination.

12. Exactly one month later, true to her word, on May 29, 2020, Plaintiff was terminated under the accusation that GOLDSTEIN saw him without a mask on.

## COUNT I

## EPSLA OF THE FFCRA- BOTH DEFENDANTS

13. The Plaintiff incorporates by reference paragraphs 1-12 herein.

14. At all times material to this lawsuit, the Plaintiff was entitled to benefits afforded under the EPSLA of the FFCRA, including protection from retaliation.

15. The Defendants unlawfully retaliated against the Plaintiff's exercise of his FFCRA rights by terminating his employment.

16. As a direct and proximate result of the Defendants' unlawful treatment, the Plaintiff has suffered damages under the EPSLA of the FFCRA.

17. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the EPSLA of the FFCRA.

WHEREFORE, the Plaintiff, JASELIN ALINCY, requests that judgment be entered against the Defendant for all damages recoverable under the FFCRA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: March 19, 2021.                    Respectfully submitted,

                                                        Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701
DAVID M. COZAD, ESQ.
F.B.N.: 333920

4